**No. 46784.**—Protest 63402–K of Alex Lee Wallau, Inc. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.

**No. 46785.**—Protests 71371–K, etc., of Q. W. Lung Co. (Boston).

Opinion by CLINE, J.   In accordance with stipulation of counsel that certain of the merchandise consists of crude drugs the same in all material respects as those the subject of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372), the claim for free entry under paragraph 1669 was sustained; and drugs sliced, the same as those the subject of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372), were held dutiable at 10 percent under paragraph 34 as claimed.

BEFORE THE FIRST DIVISION, JANUARY 8, 1942

**No. 46786.**—Protest 2183–K of Kushner & Co. (Boston).

Opinion by OLIVER, P. J.   When this case was called for trial there was no appearance on the part of the plaintiffs and the Government submitted the case on the official papers.   A careful examination of these papers revealed nothing to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.